UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

VAN JENKINS,

        Plaintiff,                  Case No. 1:21-cv-85

v.                                       Honorable Paul L. Maloney

NATIONWIDE MUTUAL INSURANCE
COMPANY et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e), because it both fails to state a claim and is frivolous.

Dated:  March 31, 2021                /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge